AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2022

SEAN F. McAVOY, CLERK

Charles Dwight Mckee,

*Plaintiff*

v.

Jeffrey Uttecht, Cus Kristen Williams, Environmental Specialist Dorthy Trainer, Cus Doe Williams, Incident Commander Doe, Procurement Director/Designee Doe, and Does 1-7,

*Defendants*

Civil Action No. 4:22-CV-05050-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 19, is GRANTED. The matter is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge Stanley A. Bastian on a motion to voluntarily dismiss.

Date: 05/12/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lilly Savchuk
*(By) Deputy Clerk*

Lilly Savchuk